

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Ronroyal J. Owens, Appellant

No. 06-18-00057-CV     v.

Jerry Alexander and Billy D. Wyatt, Appellees

Appeal from the Probate Court of Denton County, Texas (Tr. Ct. No. PR-2010-00903-01). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Ronroyal J. Owens, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk